FILED
ASHEVILLE, N. C.

JUL 15 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY ) CIVIL ACTION NO. MDL 875
LITIGATION (NO. VI) )

This Documents Relates to: )
                                    )  USDC-WDNC
STEVE E. ASHE, et al., )
                                    )  FILE NO. 1:99-CV-268-T
                 Plaintiffs, )
                                    )
        v. )
                                    )
ACandS, INCORPORATED, et al., )
                                    )
                 Defendants. )

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiffs, Ernest R. Maney and

Barbara Green Maney, to voluntarily dismiss this action as to defendant General Electric

Company (hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of

Civil Procedure.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action

with prejudice as to defendant General Electric, the Court concludes that this motion

should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiffs

against defendant General Electric only, be dismissed with prejudice.

This the _14th_ day of _June_____, 2005.

_____
Charles R. Weiner
U.S. District Court Judge