FILED NCW 1
ASHEVILLE, N. C.
JUL 15 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) | CIVIL ACTION NO. MDL 875 |
| This Documents Relates to: ) | USDC-WDNC |
| STEVE E. ASHE, et al., ) Plaintiffs, ) v. ) ACandS, INCORPORATED, et al., ) Defendants. ) | FILE NO. 1:99-CV-268-T |

## ORDER OF DISMISSAL

This matter is before the Court upon Motion of the plaintiffs, Claude S. Goodson and Darlene Goodson, to voluntarily dismiss this action as to defendant General Electric Company (hereinafter "General Electric") only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It appearing that grounds exist to permit plaintiffs to voluntarily dismiss this action with prejudice as to defendant General Electric, the Court concludes that this motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that the action of plaintiffs against defendant General Electric only, be dismissed with prejudice.

This the 14th day of June, 2005.

Charles R. Weiner
U.S. District Court Judge