## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:99CV268

| | |
|---|---|
| **STEVE E. ASHE, and wife DEBORAH** ) | |
| **ANN SCOTT ASHE, *et al.*,** ) | |
| ) | |
| **This Order pertains to:** ) | |
| **RHONDA DEBRUHL, Administrator** ) | |
| **of the Estate of Fred Davis,** ) | |
| **Deceased; JOHN D. EZELL, and wife** ) | |
| **AILEEN RODGERS EZELL;** ) | |
| **MAGGIE C. KRIDER, Individually** ) | |
| **and as Personal Representative of** ) | |
| **the Estate of Thomas Krider,** ) | |
| **Deceased; ROBERT A. SMITH, and** ) | |
| **wife MARGORIE L. SMITH; and** ) | |
| **RUTH G. SUMMEY, Individually and** ) | |
| **as Executrix of the Estate of Clyde C.** ) | |
| **Summey, Deceased,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **Vs.** ) | **O R D E R** |
| ) | |
| **ACandS, INCORPORATED, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| ————————————— ) | |

**THIS MATTER** is before the Court on motion of the captioned

Plaintiffs to dismiss Defendant CBS Corporation, a Delaware corporation,

f/k/a Viacom, Inc., successor by merger to CBS Corporation, a

Dockets.Justia.com

2

Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, with prejudice.

It appearing that good cause exists to permit Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED,** and **DECREED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Rhonda Debruhl, Administrator of the Estate of Fred Davis, Deceased; John D. Ezell, and wife Aileen Rodgers Ezell;  Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider, Deceased; Robert A. Smith, and wife Marjorie L. Smith; and Ruth G. Summey, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased, against Defendant CBS / Westinghouse, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 27, 2007

Lacy H. Thornburg
United States District Judge