IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

STEVE E. ASHE, and wife DEBORAH )
ANN SCOTT ASHE, *et al.*, )
 )
This Order pertains to: )
RHONDA DEBRUHL, Administrator )
of the Estate of Fred Davis, )
Deceased; JOHN D. EZELL, and wife )
AILEEN RODGERS EZELL; )
MAGGIE C. KRIDER, Individually )
and as Personal Representative of )
the Estate of Thomas Krider, )
Deceased; ROBERT A. SMITH, and )
wife MARGORIE L. SMITH; and )
RUTH G. SUMMEY, Individually and )
as Executrix of the Estate of Clyde C. )
Summey, Deceased, )
 )
                Plaintiffs, )
 )
                Vs. )          O R D E R
 )
ACandS, INCORPORATED, *et al.*, )
 )
                Defendants. )
 )

**THIS MATTER** is before the Court on motion of the captioned

Plaintiffs to dismiss Defendant CBS Corporation, a Delaware corporation,

f/k/a Viacom, Inc., successor by merger to CBS Corporation, a

Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, with prejudice.

It appearing that good cause exists to permit Plaintiffs to do so,

**IT IS, THEREFORE, ORDERED, ADJUDGED,** and **DECREED** that the Plaintiffs' motion is **ALLOWED**, and the claims of Plaintiffs Rhonda Debruhl, Administrator of the Estate of Fred Davis, Deceased; John D. Ezell, and wife Aileen Rodgers Ezell; Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider, Deceased; Robert A. Smith, and wife Marjorie L. Smith; and Ruth G. Summey, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased, against Defendant CBS / Westinghouse, are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 27, 2007

_____
Lacy H. Thornburg
United States District Judge