IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, <br><br>This document pertains to: <br>MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of Thomas Krider, Deceased, <br><br>Plaintiffs, <br><br>Vs. <br><br>ACandS, INCORPORATED, *et al.*, <br><br>Defendants. | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiff and the Defendant Mt. Vernon Mills, Inc., to dismiss the claims against said Defendant without prejudice.

For cause shown and upon agreement by the captioned Plaintiff and Defendant Mt. Vernon Mills,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiff Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider, Deceased,

against the Defendant Mt. Vernon Mills, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 19, 2007

Lacy H. Thornburg
United States District Judge