# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>**This Document Relates to:**<br><br>STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE; FRANK H. BARTON; HOMER R. BLYTHE and wife, ANN ENGLISH BLYTHE; BEN BOLT and wife, FLORA MAE McCALL BOLT; SHIRLEY EUGENE BRACKEN and wife, ANNIE JO SHERRIL BRACKEN; FRED C. BRYSON and wife, MARY B. BRYSON; ALLEN E. CHAPMAN and wife, SANDRA FISHER CHAPMAN; JOHN C. CHAPMAN and wife, IVA LEE ANDERS CHAPMAN; DAVID H. CORN and wife, PHYLLIS BOWEN CORN; ROBERT H. CROWE and wife, MARIAN CROWE; FRED DAVIS; DANNY L. DUCKWORTH; JOHN D. EZELL and wife, AILEEN RODGERS EZELL; EDNA MAE FEWELL; CARROLL D. FLETCHER and wife, SALLY R. FLETCHER; WILLIAM M. GADDY, SR. and wife, MYRTLE N. GADDY; CLYDE C. GALLOWAY and wife, BELLE T. GALLOWAY; JAMES C. GOFORTH and wife, THELMA W. GOFORTH; CLAUDE S. GOODSON and wife, DARLENE GOODSON; ROBERT P. GRANT and wife, DORIS PATTERSON GRANT; LARRY W. GREGORY; WILLIAM H. HALL, JR. and wife, WANDA D. HALL; WILLIE E. HARRON; THOMAS B. HEATON and wife, ELLA MAE P. HEATON; RICHARD L. HISSA and wife, PRISCILLA B. HISSA; DOUGLAS L. JARRETT and wife, MARILYN M. JARRETT; MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of THOMAS KRIDER; JAMES T. MAHONEY, JR. and wife, BRENDA FAYE J. MAHONEY; ERNEST R. MANEY and wife, BARBARA GREEN MANEY; ARTHUR A. McCALL and wife, EDITH ENGLISH McCALL; BENJAMIN F. McCALL and wife, DONNIE | Civil Action No. MDL 875<br><br>W.D.N.C.<br>File No. 1:99cv268 |

| | |
|---|---|
| VEE McCALL; FRANKLIN L. McCALL and wife, BETTY LAMBERT McCALL; JAMES D. McCALL; RUFUS S. McCALL and wife, MARGARET PAULINE R. McCALL; SHERRELL P. McCRARY and wife, VELMA EARLENE McCRARY; WILLIAM P. McKELVEY; JOHN A. MICHAEL and wife, BETTY N. MICHAEL; JIMMY G. MILLER and wife, LINDA GALLOWAY MILLER; BENNY L. MOONEY and wife, MILDRED RUTH H. MOONEY; WILLIAM L. MOONEY, SR. and wife, BILLIE FARMER MOONEY; TARLIE E. MOORE and wife, BEULAH C. MOORE; JAMES H. MORRIS; GEORGE H. NEWMAN and wife, VIRGINIA H. NEWMAN; CARROLL F. OWEN and wife, CYNTHIA SPIVEY OWEN; MARY M. OWEN; PHILLIP E. OWENS and wife, DOROTHY LORENA W. OWENS; ROSCOE H. PONDER and wife, GRACE JULIE R. PONDER; JOE B. ROGERS and wife, JUNE ROGERS; REMUS L. ROPER and wife, SHIRLEY ROPER; PAUL D. SEAGLE and wife, LINDA M. SEAGLE; DOUGLAS G. SENTELLE and wife, CINDY SENTELLE; VANCE F. SHOOK; VANCE RANDALL SHOOK; ED J. SITTON and wife, ETHEL IRENE J. SITTON; NETTIE L. SITTON; BRUCE D. SMITH and wife, DELORES H. SMITH; ROBERT A. SMITH and wife, MARJORIE L. SMITH; BRADLEY H. SNIPES and wife, ELEANOR E. SNIPES; FRANK A. STEVENS and wife, RUBY IRENE STEVENS; CLYDE C. SUMMEY and wife, RUTH G. SUMMEY; JUANITA W. WATSON; CHARLES E. WHITEMIRE and wife, BOBBIE JEAN WHITEMIRE; ALBERT W. WILLIAMS and wife, CAROLYN WILLIAMS; THOMAS J. WOODS and wife, ALICIA JEAN WOODS,<br>                                      **Plaintiffs,**<br><br>Vs.<br><br>ACandS, Inc., et al.,<br>                                      **Defendants.** | |

**ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.**

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of all Plaintiffs against the Defendant Cleaver-Brooks, Inc., without prejudice.

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Steve E. Ashe and wife, Deborah Ann Scott Ashe; Frank H. Barton; Homer R. Blythe and wife, Ann English Blythe; Ben Bolt and wife, Flora Mae McCall Bolt; Shirley Eugene Bracken and wife, Annie Jo Sherril Bracken; Fred C. Bryson and wife, Mary B. Bryson; Allen E. Chapman and wife, Sandra Fisher Chapman; John C. Chapman and wife, Iva Lee Anders Chapman; David H. Corn and wife, Phyllis Bowen Corn; Robert H. Crowe and wife, Marian Crowe; Danny L. Duckworth; Edna Mae Fewell; Carroll D. Fletcher and wife, Sally R. Fletcher; William M. Gaddy, Sr. and wife, Myrtle N. Gaddy; Clyde C. Galloway and wife, Belle T. Galloway; James C. Goforth and wife, Thelma W. Goforth; Claude S. Goodson and wife, Darlene Goodson; Robert P. Grant and wife, Doris Patterson Grant; Larry W. Gregory; William H. Hall, Jr. and wife, Wanda D. Hall; Willie E. Harron; Thomas B. Heaton and wife, Ella Mae P. Heaton; Richard L. Hissa and wife, Priscilla B. Hissa; Douglas L. Jarrett and wife, Marilyn M. Jarrett; James T. Mahoney, Jr. and wife, Brenda Faye J. Mahoney; Ernest R. Maney and wife, Barbara Green Maney; Benjamin F. McCall and wife, Donnie Vee McCall; Franklin L. McCall and wife, Betty Lambert McCall; James D. McCall; Rufus S. McCall and wife, Margaret Pauline R. McCall; Sherrell P. McCrary and wife, Velma Earlene McCrary; William P. McKelvey; John A. Michael and wife, Betty N. Michael; Jimmy G. Miller and wife, Linda Galloway Miller; Benny L. Mooney and wife, Mildred Ruth H. Mooney; William L. Mooney, Sr. and wife, Billie Farmer Mooney; Tarlie E. Moore and wife, Beulah C. Moore; James H. Morris; George H. Newman and wife, Virginia H. Newman; Carroll F. Owen and wife, Cynthia Spivey Owen; Mary M. Owen; Phillip E. Owens and wife, Dorothy Lorena W. Owens; Roscoe H. Ponder and wife, Grace Julie R. Ponder; Joe B.

Rogers and wife, June Rogers; Remus L. Roper and wife, Shirley Roper; Paul D. Seagle and wife, Linda M. Seagle; Douglas G. Sentelle and wife, Cindy Sentelle; Vance F. Shook; Vance Randall Shook; Ed J. Sitton and wife, Ethel Irene J. Sitton; Nettie L. Sitton; Bruce D. Smith and wife, Delores H. Smith; Bradley H. Snipes and wife, Eleanor E. Snipes; Frank A. Stevens and wife, Ruby Irene Stevens; Juanita W. Watson; Charles E. Whitemire and wife, Bobbie Jean Whitemire; Thomas J. Woods and wife, Alicia Jean Woods, against Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

**Prepared and Submitted By:**

Attorney for Defendant Cleaver-Brooks, Inc.

*s/ Stephen B. Williamson*
Stephen B. Williamson, Esq.
N.C. Bar No. 20203
Van Winkle, Buck, Wall, Starnes and Davis, P.A.
11 North Market Street
Post Office Box 7376
Asheville, North Carolina 28802
Telephone: 828-258-2991
Facsimile: 828-255-0255
Email: swilliamson@vwlawfirm.com

**Consented to By:**

Attorney for Plaintiff

*s/ Janet Ward Black*
Janet Ward Black, Esq.
N.C. Bar No. 12869
Donaldson & Black, P.A.
208 West Wendover Avenue
Greensboro, NC 27401
Telephone: 336-273-3812
Facsimile: 336-379-9415
E-mail: jwblack@donaldsonandblack.com