# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| **This Document Relates to:** | W.D.N.C. File No. 1:99cv268 |
| STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE, *et al.*, | |
| **This document pertains to:** ARTHUR A. McCALL and wife, EDITH ENGLISH McCALL, and ALBERT W. WILLIAMS and wife, CAROLYN WILLIAMS, Plaintiffs, | |
| Vs. | |
| ACandS, Inc., et al., Defendants. | |

## ORDER OF DISMISSAL OF DEFENDANT CLEAVER-BROOKS, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the claims of the captioned Plaintiffs against the Defendant Cleaver-Brooks, Inc., without prejudice.

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Arthur A. McCall, and wife Edith English McCall, and Albert W. Williams, and wife Carolyn Williams, against Defendant Cleaver-Brooks, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: March 22, 2007

Lacy H. Thornburg
United States District Judge

| **Prepared and Submitted By:** | **Consented to By:** |
| --- | --- |
| Attorney for Defendant Cleaver-Brooks, Inc. | Attorney for Plaintiff |
| *s/ Stephen B. Williamson* | *s/ Janet Ward Black* |
| Stephen B. Williamson, Esq. | Janet Ward Black, Esq. |
| N.C. Bar No. 20203 | N.C. Bar No. 12869 |
| Van Winkle, Buck, Wall, Starnes and Davis, P.A. | Donaldson & Black, P.A. |
| 11 North Market Street | 208 West Wendover Avenue |
| Post Office Box 7376 | Greensboro, NC 27401 |
| Asheville, North Carolina 28802 | Telephone: 336-273-3812 |
| Telephone: 828-258-2991 | Facsimile: 336-379-9415 |
| Facsimile: 828-255-0255 | E-mail: jwblack@donaldsonandblack.com |
| Email: swilliamson@vwlawfirm.com | |