IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| | W.D.N.C.<br>File No. 1:99cv268 |
| STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE, *et al.*,<br><br>This document relates to:<br>SHIRLEY EUGENE BRACKEN and wife, ANNIE JO SHERRIL BRACKEN; JOHN C. CHAPMAN and wife, IVA LEE ANDERS CHAPMAN; RHONDA DEBRUHL, Administrator of the Estate of Fred Davis, Deceased; JOHN D. EZELL and wife, AILEEN RODGERS EZELL; CLYDE C. GALLOWAY and wife, BELLE T. GALLOWAY; THOMAS B. HEATON and wife, ELLA MAE P. HEATON; FRANKLIN L. McCALL and wife, BETTY LAMBERT McCALL; RUFUS S. McCALL and wife, MARGARET PAULINE R. McCALL; PATRICIA M. CROUCH, as Executrix of the Estate of Tarlie C. Moore, Deceased, and BEULAH C. MOORE; PEGGY LOFLIN, as Administrator of the Estate of James H. Morris, Deceased; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; RUTH G. SUMMEY, Individually and as Executrix of the Estate of Clyde D. Summey, Deceased; JUANITA W. WATSON; CHARLES E. WHITEMIRE and wife, BOBBIE JEAN WHITEMIRE; and THOMAS J. WOODS and wife, ALICIA JEAN WOODS,<br><br>                Plaintiffs,<br><br>Vs.<br><br>ACandS, Inc., et al.,<br>                Defendants. | |

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss the claims herein with prejudice.

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Shirley Eugene Bracken and wife, Annie Jo Sherril Bracken; John C. Chapman and wife, Iva Lee Anders Chapman; Rhonda Debruhl, Administrator of the Estate of Fred Davis, Deceased; John D. Ezell, and wife Aileen Rodgers Ezell; Clyde C. Galloway and wife, Belle T. Galloway; Thomas B. Heaton and wife, Ella Mae P. Heaton; Franklin L. McCall and wife, Betty Lambert McCall; Rufus S. McCall and wife, Margaret Pauline R. McCall; Patricia M. Crouch, as Executrix of the Estate of Tarlie E. Moore, Deceased, and Beulah C. Moore; Peggy Loflin, as Administrator of the Estate of James H. Morris; Ethel Irene J. Sitton, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; Ruth G. Summey, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased; Juanita W. Watson; Charles E. Whitemire and wife, Bobbie Jean Whitemire; and Thomas J. Woods and wife, Alicia Jean Woods, against Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, are hereby **DISMISSED WITH PREJUDICE**.

Signed: March 23, 2007

Lacy H. Thornburg
United States District Judge