IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| This document pertains to <u>ALL PLAINTIFFS</u>:<br><br>STEVE E. ASHE and wife DEBORAH ANN SCOTT ASHE; FRED H. BARTON; HOMER R. BLYTHE and wife ANN E. BLYTHE, BEN BOLT and wife FLORA MAE McCALL BOLT; SHIRLEY EUGENE BRACKEN and wife ANNIE JO SHERIL BRACKEN; FRED C. BRYSON and wife MARY B. BRYSON; ALLEN E. CHAPMAN and wife SANDRA F. CHAPMAN; JOHN C. CHAPMAN and wife IVA LEE ANDERS CHAPMAN; DAVID H. CORN and wife PHYLLIS BOWEN CORN; ROBERT H. CROWE and wife MARIAN CROWE; RHONDA DEBRUHL, Administrator of the Estate of Fred Davis, Deceased; DANNY L. DUCKWORTH; JOHN D. EZELL and wife AILEEN RODGERS EZELL; EDNA MAE FEWELL; SALLY R. FLETCHER, Executrix of the Estate of CARROLL FLETCHER, Deceased; WILLAM M. GADDY, SR. and wife MYRTLE N. GADDY; GLYDE C. GALLOWAY and wife BELLE T. GALLOWAY; JAMES C. GOFORTH and wife THELMA W. GOFORTH; CLAUDE S. GOODSON and wife DARLENE GOODSON; ROBERT P. GRANT and wife DORIS P. GRANT; LARRY W. GREGORY; WILLIAM H. HALL, JR. and wife WANDA D. HALL; WILLIE E. HARRON; THOMAS B. HEATON and wife ELLA MAE P. HEATON, RICHARD L. HISSA and wife PRISCILLA HISSA; MARILYN S. JARRETT, Individually and as Executrix of the Estate of Douglas L. Jarrett, Deceased; MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of THOMAS KRIDER, Deceased; JAMES T. MAHONEY, JR. and wife BRENDA FAYE J. MAHONEY; ERNEST R. MANEY and wife BARBARA G. MANEY; ARTHUR A. | CIVIL NO. 1:99CV248<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT AMCHEM PRODUCTS, INC. |

| | ) |
|---|---|
| McCALL and wife EDITH E. McCALL; BENJAMIN F. McCALL and wife DONNIE VEE McCALL; FRANKLIN L. McCALL and wife BETTY McCALL; JAMES D. McCALL; RUFUS S. McCALL and wife MARGARET P. R. McCALL; SHERRELL P. McCRARY and wife VELMA EARLENE McCRARY; WILLIAM P. McKELVEY; BETTY N. MICHAEL, Executrix of the Estate of JOHN A. MICHAEL, Deceased; JIMMY G. MILLER and wife LINDA G. MILLER; BENNY L. MOONEY and wife MILDRED RUTH H. MOONEY; WILLIAM L. MOONEY, SR. and wife BILLIE FARMER MOONEY; PATRICIA M. CROUCH, as Executrix of the Estate of Tarlie E. Moore, Deceased, and BEULAH C. MOORE; PEGGY LOFLIN, as Administrator of the Estate of James H. Morris, Deceased; GEORGE H. NEWMAN and wife VIRGINIA NEWMAN; CARROLL F. OWEN and wife CYNTHIA OWEN; MARY M. OWEN; PHILLIP E. OWENS and wife DOROTHY LORENA W. OWENS; ROSCOE H. PONDER and wife GRACE J.R. PONDER; JOE B. ROGERS and wife JUNE ROGERS; REMUS L. ROPER and wife SHIRLEY ROPER; PAUL D. SEAGLE and wife LINDA M. SEAGLE; DOUGLAS G. SENTELLE and wife CINDY SENTELLE; CHARLES N. SHOOK, as Executor of the Estate of Vance F. Shook, Deceased; BRONITH SHOOK, as Administrator of the Estate of Vance Randall Shook, Deceased; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; NETTIE L SITTON; BRUCE D. SMITH and wife DELORES H. SMITH; ROBERT A. SMITH and wife MARJORIE L. SMITH; BRADLEY H. SNIPES and wife ELEANOR E. SNIPES; FRANK A. STEVENS and wife RUBY I. STEVENS; RUTH G. SUMMEY, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased; JUANITA W. WATSON; CHARLES E. WHITEMIRE and wife BONNIE JEAN WHITEMIRE; ALBERT W. WILLIAMS and wife CAROLYN WILLIAMS; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| and THOMAS J. WOODS and wife ALICIA JEAN WOODS,<br><br>              Plaintiffs,<br><br>     vs.<br><br>ACandS, INC., et al.,<br><br>              Defendants. | |

**THIS MATTER** is before the Court on the motion of all Plaintiffs and Defendant Amchem Products, Inc., to dismiss this action with prejudice as to said Defendant.

For good cause appearing,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the joint motion to dismiss is **ALLOWED**, and the claims of each of the Plaintiffs herein against the Defendant Amchem Products, Inc., are hereby **DISMISSED WITH PREJUDICE**.

    Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge