# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:99-CV-268

This document pertains to <u>All Plaintiffs</u>:           )
                                                            )
STEVE E. ASHE, and wife DEBORAH             )
ANN SCOTT ASHE; FRANK H. BARTON;        )
HOMER R. BLYTHE, and wife ANN ENGLISH)
BLYTHE; BEN BOLT, and wife FLORA MAE  )
McCALL BOLT; SHIRLEY EUGENE               )
BRACKEN, and wife ANNIE JO SHERRIL     )
BRACKEN; FRED C. BRYSON, and wife       )
MARY B. BRYSON; ALLEN E. CHAPMAN,    )
and wife SANDRA FISHER CHAPMAN;        )
JOHN C. CHAPMAN, and wife IVA LEE        )
ANDERS CHAPMAN; DAVID H. CORN,         )
and wife PHYLLIS BOWEN CORN;              )
ROBERT H. CROWE, and wife MARIAN        )
CROWE; RHONDA DEBRUHL, Administrator)
of the Estate of FRED DAVIS, Deceased;      )
DANNY L. DUCKWORTH; JOHN D. EZELL,   )
and wife AILEEN RODGERS EZELL; EDNA   )
MAE FEWELL; SALLY R. FLETCHER,            )
Individually and as Executrix of the Estate   )
of CAROLL D. FLETCHER, Deceased;           )
WILLIAM M. GADDY, SR., and wife MYRTLE )
N. GADDY; CLYDE C. GALLOWAY, and wife)
BELLE T. GALLOWAY; JAMES C. GOFORTH,)
and wife THELMA W. GOFORTH; CLAUDE S. )
GOODSON, and wife DARLENE GOODSON; )
ROBERT P. GRANT, and wife DORIS            )
PATTERSON GRANT; LARRY W. GREGORY;)
WILLIAM H. HALL, JR., and wife WANDA     )
D. HALL; WILLIE E. HARRON; THOMAS B.    )
HEATON, and wife ELLA MAE P. HEATON;   )
RICHARD L. HISSA, and wife PRISCILLA      )
B. HISSA; MARILYN M. JARRETT,               )
Individually and as Executrix of the Estate of)
DOUGLAS L. JARRETT, Deceased; MAGGIE)
C. KRIDER, Individually and as Personal       )

Representative of the Estate of THOMAS )
KRIDER, Deceased; JAMES T. MAHONEY, )
JR., and wife BRENDA FAYE J. MAHONEY; )
ERNEST R. MANEY, and wife BARBARA )
GREEN MANEY; ARTHUR A. McCALL, and )
wife EDITH ENGLISH McCALL; BENJAMIN )
F. McCALL, and wife DONNIE VEE McCALL;)
FRANKLIN L. McCALL, and wife BETTY )
LAMBERT McCALL; JAMES D. McCALL; )
RUFUS S. McCALL, and wife MARGARET )
PAULINE R. McCALL; SHERRELL P. )
McCRARY, and wife VELMA EARLENE )
McCRARY; WILLIAM P. McKELVEY; BETTY )
N. MICHAEL, Individually and as Executrix of)
the Estate of JOHN A. MICHAEL, Deceased; )
JIMMY G. MILLER, and wife, LINDA )
GALLOWAY MILLER; BENNY L. MOONEY, )
and wife MILDRED RUTH H. MOONEY; )
WILLIAM L. MOONEY, SR., and wife BILLIE )
FARMER MOONEY; PATRICIA M. CROUCH, )
as Executrix of the Estate of TARLIE E. )
MOORE, Deceased, and BEULAH C. MOORE;)
PEGGY LOFLIN, as Administrator of the )
Estate of JAMES H. MORRIS, Deceased; )
GEORGE H. NEWMAN, and wife VIRGINIA )
H. NEWMAN; CARROLL F. OWEN, and wife )
CYNTHIA SPIVEY OWEN; MARY M. OWEN; )
PHILLIP E. OWENS, and wife DOROTHY )
LORENA W. OWENS; ROSCOE H. PONDER, )
and wife GRACE JULIE R. PONDER; JOE B.)
ROGERS, and wife JUNE ROGERS; REMUS)
L. ROPER, and wife SHIRLEY ROPER; PAUL)
D. SEAGLE, and wife LINDA M. SEAGLE; )
DOUGLAS G. SENTELLE, and wife CINDY )
SENTELLE; CHARLES N. SHOOK, as )
Executor of the Estate of VANCE F. SHOOK,)
Deceased; BRONITH SHOOK, as )
Administrator of the Estate of VANCE )
RANDALL SHOOK, Deceased; ETHEL IRENE )
J. SITTON, Individually and as Executrix of the )
Estate of ED J. SITTON, Deceased; NETTIE )
L. SITTON; BRUCE D. SMITH, and wife )
DELORES H. SMITH; ROBERT A. SMITH, and)
wife MARGORIE L. SMITH; BRADLEY H. )
SNIPES, and wife ELEANOR E. SNIPES; )

FRANK A. STEVENS, and wife RUBY IRENE )
STEVENS; RUTH G. SUMMEY, Individually )
and as Executrix of the Estate of CLYDE C. )
SUMMEY, Deceased; JUANITA W. WATSON; )
CHARLES E. WHITEMIRE, and wife BOBBIE)
JEAN WHITEMIRE; ALBERT W. WILLIAMS, )
and wife CAROLYN WILLIAMS; and THOMAS )
J. WOODS, and wife ALICIA JEAN WOODS, )
                                            )
             Plaintiffs,       )
                                            )
        Vs.                )      **ORDER OF DISMISSAL**
                                            )
AMCHEM PRODUCTS, INC.; A. W. )
CHESTERTON, INC.; CROWN CORK & )
SEAL COMPANY, INC.; FOSTER WHEELER )
CORPORATION; GARLOCK, INC.; GEORGIA)
PACIFIC CORPORATION; METROPOLITAN )
LIFE INSURANCE CORPORATION; )
MINNESOTA MINING AND )
MANUFACTURING COMPANY, INC.; )
NATIONAL SERVICE INDUSTRIES, INC.; )
OWENS-ILLINOIS, INC.; RAPID AMERICAN )
CORPORATION; D. B. RILEY, INC.; CBS )
CORPORATION; ALBANY INTERNATIONAL;)
WEAVEXX CORPORATION; SCAPA DRYER )
GROUP, INC..; ABNEY MILLS )
CORPORATION; BRANDON DRYING )
FABRICS, INC.; INDUSTRIAL HOLDINGS )
CORPORATION, f/k/a THE CARBORUNDUM )
COMPANY; MT. VERNON MILLS, INC.; and )
ASTEN, INC., )
                                            )
             Defendants.     )
_____ )

      **TH IS MATTER** is before the Court on the joint motion of the Plaintiffs and the

Defendant Industrial Holdings Corporation, f/k/a The Carborundum Company to dismiss all

claims against said Defendant.

Plaintiffs STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE; FRANK H. BARTON; HOMER R. BLYTHE, and wife ANN ENGLISH BLYTHE; BEN BOLT, and wife FLORA MAE McCALL BOLT;  FRED C. BRYSON, and wife MARY B. BRYSON; ALLEN E. CHAPMAN, and wife SANDRA FISHER CHAPMAN;  DAVID H. CORN, and wife PHYLLIS BOWEN CORN; ROBERT H. CROWE, and wife MARIAN CROWE; RHONDA DEBRUHL, Administrator of the Estate of FRED DAVIS, Deceased; DANNY L. DUCKWORTH;  EDNA MAE FEWELL; WILLIAM M. GADDY, SR., and wife MYRTLE N. GADDY;  JAMES C. GOFORTH, and wife THELMA W. GOFORTH; CLAUDE S. GOODSON, and wife DARLENE GOODSON; ROBERT P. GRANT, and wife DORIS PATTERSON GRANT; WILLIAM H. HALL, JR., and wife WANDA D. HALL; MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of THOMAS KRIDER, Deceased; JAMES T. MAHONEY, JR., and wife BRENDA FAYE J. MAHONEY; ARTHUR A. McCALL, and wife EDITH ENGLISH McCALL; BENJAMIN F. McCALL, and wife DONNIE VEE McCALL; JAMES D. McCALL; RUFUS S. McCALL, and wife MARGARET PAULINE R. McCALL; BETTY N. MICHAEL, Individually and as Executrix of the Estate of JOHN A. MICHAEL, Deceased; JIMMY G. MILLER, and wife, LINDA        GALLOWAY MILLER; BENNY L. MOONEY, and wife MILDRED RUTH H. MOONEY; CARROLL F. OWEN, and wife CYNTHIA SPIVEY OWEN; MARY M. OWEN; PHILLIP E. OWENS, and wife DOROTHY LORENA W. OWENS; ROSCOE H. PONDER, and wife GRACE JULIE R. PONDER; JOE B. ROGERS, and wife JUNE ROGERS; REMUS L. ROPER, and wife SHIRLEY ROPER; PAUL D. SEAGLE, and wife LINDA M. SEAGLE; DOUGLAS G. SENTELLE, and wife CINDY SENTELLE; CHARLES N. SHOOK, as Executor of the Estate of VANCE F. SHOOK, Deceased;

BRONITH SHOOK, as Administrator of the Estate of VANCE RANDALL SHOOK, Deceased;  NETTIE L. SITTON; BRUCE D. SMITH, and wife DELORES H. SMITH; FRANK A. STEVENS, and wife RUBY IRENE STEVENS;  JUANITA W. WATSON; CHARLES E. WHITEMIRE, and wife BOBBIE JEAN WHITEMIRE;  and THOMAS J. WOODS, and wife ALICIA JEAN WOODS move the Court for an Order dismissing, without prejudice, all claims against Defendant INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM COMPANY.

Plaintiffs SHIRLEY EUGENE BRACKEN, and wife ANNIE JO SHERRIL BRACKEN; JOHN C. CHAPMAN, and wife IVA LEE ANDERS CHAPMAN; JOHN D. EZELL, and wife AILEEN RODGERS EZELL; SALLY R. FLETCHER, Individually and as Executrix of the Estate of CAROLL D. FLETCHER, Deceased; CLYDE C. GALLOWAY, and wife BELLE T. GALLOWAY; LARRY W. GREGORY; WILLIE E. HARRON; THOMAS B. HEATON, and wife ELLA MAE P. HEATON; RICHARD L. HISSA, and wife PRISCILLA B. HISSA; MARILYN M. JARRETT, Individually and as Executrix of the Estate of DOUGLAS L. JARRETT, Deceased; ERNEST R. MANEY, and wife BARBARA GREEN MANEY; FRANKLIN L. McCALL, and wife BETTY LAMBERT McCALL; SHERRELL P. McCRARY, and wife VELMA EARLENE McCRARY; WILLIAM P. McKELVEY; WILLIAM L. MOONEY, SR., and wife BILLIE FARMER MOONEY; PATRICIA M. CROUCH, as Executrix of the Estate of TARLIE E. MOORE, Deceased, and BEULAH C. MOORE; PEGGY LOFLIN, as Administrator of the Estate of JAMES H. MORRIS, Deceased; GEORGE H. NEWMAN, and wife VIRGINIA H. NEWMAN; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of ED J. SITTON, Deceased; ROBERT A. SMITH, and wife

MARGORIE L. SMITH; BRADLEY H. SNIPES, and wife ELEANOR E. SNIPES; RUTH

G. SUMMEY, Individually and as Executrix of the Estate of CLYDE C. SUMMEY,

Deceased; and ALBERT W. WILLIAMS, and wife CAROLYN WILLIAMS move the

Court for an Order dismissing, with prejudice, all claims against Defendant

INDUSTRIAL HOLDINGS CORPORATION, f/k/a THE CARBORUNDUM COMPANY.

     For the reasons stated in the motion,

     **IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**,

and the claims of STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE; FRANK

H. BARTON; HOMER R. BLYTHE, and wife ANN ENGLISH BLYTHE; BEN BOLT, and

wife FLORA MAE McCALL BOLT;  FRED C. BRYSON, and wife MARY B. BRYSON;

ALLEN E. CHAPMAN, and wife SANDRA FISHER CHAPMAN;  DAVID H. CORN, and

wife PHYLLIS BOWEN CORN; ROBERT H. CROWE, and wife MARIAN CROWE;

RHONDA DEBRUHL, Administrator of the Estate of FRED DAVIS, Deceased; DANNY

L. DUCKWORTH;  EDNA MAE FEWELL; WILLIAM M. GADDY, SR., and wife

MYRTLE N. GADDY;  JAMES C. GOFORTH, and wife THELMA W. GOFORTH;

CLAUDE S. GOODSON, and wife DARLENE GOODSON; ROBERT P. GRANT, and

wife DORIS PATTERSON GRANT; WILLIAM H. HALL, JR., and wife WANDA D. HALL;

MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of

THOMAS KRIDER, Deceased; JAMES T. MAHONEY, JR., and wife BRENDA FAYE J.

MAHONEY; ARTHUR A. McCALL, and wife EDITH ENGLISH McCALL; BENJAMIN F.

McCALL, and wife DONNIE VEE McCALL; JAMES D. McCALL; RUFUS S. McCALL,

and wife MARGARET PAULINE R. McCALL; BETTY N. MICHAEL, Individually and as

Executrix of the Estate of JOHN A. MICHAEL, Deceased; JIMMY G. MILLER, and wife,

LINDA GALLOWAY MILLER; BENNY L. MOONEY, and wife MILDRED RUTH H. MOONEY; CARROLL F. OWEN, and wife CYNTHIA SPIVEY OWEN; MARY M. OWEN; PHILLIP E. OWENS, and wife DOROTHY LORENA W. OWENS; ROSCOE H. PONDER, and wife GRACE JULIE R. PONDER; JOE B. ROGERS, and wife JUNE ROGERS; REMUS L. ROPER, and wife SHIRLEY ROPER; PAUL D. SEAGLE, and wife LINDA M. SEAGLE; DOUGLAS G. SENTELLE, and wife CINDY SENTELLE; CHARLES N. SHOOK, as Executor of the Estate of VANCE F. SHOOK, Deceased; BRONITH SHOOK, as Administrator of the Estate of VANCE RANDALL SHOOK, Deceased; NETTIE L. SITTON; BRUCE D. SMITH, and wife DELORES H. SMITH; FRANK A. STEVENS, and wife RUBY IRENE STEVENS; JUANITA W. WATSON; CHARLES E. WHITEMIRE, and wife BOBBIE JEAN WHITEMIRE; and THOMAS J. WOODS, and wife ALICIA JEAN WOODS against the Defendant Industrial Holdings Corporation, f/k/a The Carborundum Company are hereby **DISMISSED WITHOUT PREJUDICE.**

   **IT IS FURTHER ORDERED** that the claims of SHIRLEY EUGENE BRACKEN, and wife ANNIE JO SHERRIL BRACKEN; JOHN C. CHAPMAN, and wife IVA LEE ANDERS CHAPMAN; JOHN D. EZELL, and wife AILEEN RODGERS EZELL; SALLY R. FLETCHER, Individually and as Executrix of the Estate of CAROLL D. FLETCHER, Deceased; CLYDE C. GALLOWAY, and wife BELLE T. GALLOWAY; LARRY W. GREGORY; WILLIE E. HARRON; THOMAS B. HEATON, and wife ELLA MAE P. HEATON; RICHARD L. HISSA, and wife PRISCILLA B. HISSA; MARILYN M. JARRETT, Individually and as Executrix of the Estate of DOUGLAS L. JARRETT, Deceased; ERNEST R. MANEY, and wife BARBARA GREEN MANEY; FRANKLIN L.

McCALL, and wife BETTY LAMBERT McCALL; SHERRELL P. McCRARY, and wife VELMA EARLENE McCRARY; WILLIAM P. McKELVEY; WILLIAM L. MOONEY, SR., and wife BILLIE FARMER MOONEY; PATRICIA M. CROUCH, as Executrix of the Estate of TARLIE E. MOORE, Deceased, and BEULAH C. MOORE; PEGGY LOFLIN, as Administrator of the Estate of JAMES H. MORRIS, Deceased; GEORGE H. NEWMAN, and wife VIRGINIA H. NEWMAN; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of ED J. SITTON, Deceased; ROBERT A. SMITH, and wife MARGORIE L. SMITH; BRADLEY H. SNIPES, and wife ELEANOR E. SNIPES; RUTH G. SUMMEY, Individually and as Executrix of the Estate of CLYDE C. SUMMEY, Deceased; and ALBERT W. WILLIAMS, and wife CAROLYN WILLIAMS against the Defendant Industrial Holdings Corporation, f/k/a The Carborundum Company are hereby **DISMISSED WITH PREJUDICE.**

Signed: March 27, 2007

Lacy H. Thornburg
United States District Judge

8