IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>A.W. CHESTERTON, INC., *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' joint motion to dismiss the Defendants Weavexx Corporation, Scapa Dryer Group, Inc., Abney Mills Corporation, and Brandon Drying Fabrics, Inc.

For the reasons set forth in the motion and pursuant to the parties' representations made to the Court during the pretrial conference held March 23, 2007,

**IT IS, THEREFORE, ORDERED** that the parties' joint motion is **ALLOWED**, and the claims of all Plaintiffs herein against the Defendants Weavexx Corporation, Scapa Dryer Group, Inc., Abney Mills Corporation,

and Brandon Drying Fabrics, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge