IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

STEVE E. ASHE, and wife DEBORAH )
ANN SCOTT ASHE, *et al*, )
 )
This document pertains to: )
STEVE E. ASHE, and wife DEBORAH )
ANN SCOTT ASHE; FRANK H. )
BARTON; HOMER R. BLYTHE, and )
wife ANN ENGLISH BLYTHE; )
BEN BOLT, and wife FLORA MAE )
McCALL BOLT; SHIRLEY EUGENE )
BRACKEN, and wife ANNIE JO )
SHERRIL BRACKEN; FRED C. )
BRYSON, and wife MARY B. )
BRYSON; ALLEN E. CHAPMAN, and )
wife SANDRA FISHER CHAPMAN; )
JOHN C. CHAPMAN, and wife IVA )
LEE ANDERS CHAPMAN; DAVID H. )
CORN, and wife PHYLLIS BOWEN )
CORN; ROBERT H. CROWE, and wife )
MARIAN CROWE; RHONDA )
DEBRUHL, Administrator of the )
Estate of Fred Davis, Deceased; )
DANNY L. DUCKWORTH; JOHN D. )
EZELL, and wife AILEEN RODGERS )
EZELL; WILLIAM M. GADDY, SR., )
and wife MYRTLE N. GADDY; )
CLYDE C. GALLOWAY, and wife )
BELLE T. GALLOWAY; CLAUDE S. )
GOODSON, and wife DARLENE )
GOODSON; ROBERT P. GRANT, and )
wife DORIS PATTERSON GRANT; )
LARRY W. GREGORY; WILLIAM H. )

| | |
|---|---|
| **HALL, JR., and wife WANDA D.** | ) |
| **HALL; WILLIE E. HARRON; THOMAS** | ) |
| **B. HEATON, and wife ELLA MAE P.** | ) |
| **HEATON; RICHARD L. HISSA, and** | ) |
| **wife PRISCILLA B. HISSA; MARILYN S.** | ) |
| **JARRETT, Individually and as** | ) |
| **Executrix of the Estate of Douglas L.** | ) |
| **Jarrett, Deceased; MAGGIE C.** | ) |
| **KRIDER, Individually and as Personal** | ) |
| **Representative of the Estate of** | ) |
| **Thomas Krider, Deceased; JAMES T.** | ) |
| **MAHONEY, JR., and wife BRENDA** | ) |
| **FAYE J. MAHONEY; ERNEST R.** | ) |
| **MANEY, and wife BARBARA GREEN** | ) |
| **MANEY; ARTHUR A. McCALL, and** | ) |
| **wife EDITH ENGLISH McCALL;** | ) |
| **BENJAMIN F. McCALL, and wife** | ) |
| **DONNIE VEE McCALL; FRANKLIN L.** | ) |
| **McCALL, and wife BETTY LAMBERT** | ) |
| **McCALL; JAMES D. McCALL;** | ) |
| **SHERRELL P. McCRARY, and wife** | ) |
| **VELMA EARLENE McCRARY;** | ) |
| **WILLIAM P. McKELVEY; BETTY N.** | ) |
| **MICHAEL, Individually and as** | ) |
| **Executrix of the Estate of John A.** | ) |
| **Michael, Deceased; JIMMY G.** | ) |
| **MILLER, and wife LINDA GALLOWAY** | ) |
| **MILLER; BENNY L. MOONEY, and** | ) |
| **wife MILDRED RUTH H. MOONEY;** | ) |
| **PATRICIA M. CROUCH, as Executrix** | ) |
| **of the Estate of Tarlie E. Moore,** | ) |
| **Deceased, and BEULAH C. MOORE;** | ) |
| **PEGGY LOFLIN, as Administrator of** | ) |
| **the Estate of James H. Morris,** | ) |
| **Deceased; GEORGE H. NEWMAN,** | ) |
| **and wife VIRGINIA H. NEWMAN;** | ) |
| **CARROLL F. OWEN, and wife** | ) |

| | |
|---|---|
| CYNTHIA SPIVEY OWEN; MARY M. OWEN; PHILLIP E. OWENS, and wife DOROTHY LORENA W. OWENS; ROSCOE H. PONDER, and wife GRACE JULIE R. PONDER; JOE B. ROGERS, and wife JUNE ROGERS; REMUS L. ROPER, and wife SHIRLEY ROPER; PAUL D. SEAGLE, and wife LINDA M. SEAGLE; DOUGLAS G. SENTELLE, and wife CINDY SENTELLE; CHARLES N. SHOOK, as Executor of the Estate of Vance F. Shook, Deceased; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; NETTIE L. SITTON; BRUCE D. SMITH, and wife DELORES H. SMITH; ROBERT A. SMITH, and wife MARGORIE L. SMITH; BRADLEY H. SNIPES, and wife ELEANOR E. SNIPES; FRANK A. STEVENS, and wife RUBY IRENE STEVENS; RUTH G. SUMMEY, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased; JUANITA W. WATSON; CHARLES E. WHITEMIRE, and wife BOBBIE JEAN WHITEMIRE; and ALBERT W. WILLIAMS, and wife CAROLYN WILLIAMS,  Plaintiffs,  Vs.  A. W. CHESTERTON, INC.; CROWN CORK & SEAL COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| INC.; FOSTER WHEELER CORPORATION; GARLOCK, INC.; GEORGIA PACIFIC CORPORATION; METROPOLITAN LIFE INSURANCE CORPORATION; MINNESOTA MINING AND MANUFACTURING COMPANY, INC.; NATIONAL SERVICE INDUSTRIES, INC.; OWENS-ILLINOIS, INCORPORATED; RAPID AMERICAN CORPORATION; D. B. RILEY, INC.; CBS CORPORATION; ALBANY INTERNATIONAL; WEAVEXX CORPORATION; SCAPA DRYER GROUP, INC.; ABNEY MILLS CORPORATION; BRANDON DRYING FABRICS, INC.; MT. VERNON MILLS, INC.; and ASTEN, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' joint motion to dismiss the captioned Plaintiffs' claims as to the Defendant Owens-Illinois, Inc.

For cause shown and it appearing these parties have agreed to settle the issues in controversy among them,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Frank H. Barton; Homer R. Blythe,

and wife Ann English Blythe; Ben Bolt, and wife Flora Mae McCall Bolt; Shirley Eugene Bracken, and wife Annie Jo Sherril Bracken; Fred C. Bryson, and wife Mary B. Bryson; Allen E. Chapman, and wife Sandra Fisher Chapman; John C. Chapman, and wife Iva Lee Anders Chapman; Robert H. Crowe, and wife Marian Crowe; Rhonda Debruhl, Administrator of the Estate of Fred Davis, Deceased; John D. Ezell, and wife Aileen Rodgers Ezell; William M. Gaddy, Sr., and wife Myrtle N. Gaddy; Clyde C. Galloway, and wife Belle T. Galloway; Claude S. Goodson, and wife Darlene Goodson; Willie E. Harron; Thomas B. Heaton, and wife Ella Mae P. Heaton; Richard L. Hissa, and wife Priscilla B. Hissa; James T. Mahoney, Jr., and wife Brenda Faye J. Mahoney; Ernest R. Maney, and wife Barbara Green Maney; Arthur A. McCall, and wife Edith English McCall; Benjamin F. McCall, and wife Donnie Vee McCall; Franklin L. McCall, and wife Betty Lambert McCall; William P. McKelvey; Betty N. Michael, Individually and as Executrix of the Estate of John A. Michael, Deceased; Patricia M. Crouch, as Executrix of the Estate of Tarlie E. Moore, Deceased, and Beulah C. Moore; Peggy Loflin, as Administrator of the Estate of James H. Morris, Deceased; George H. Newman, and wife Virginia H. Newman; Roscoe H. Ponder, and wife Grace Julie R. Ponder;

Paul D. Seagle, and wife Linda M. Seagle, Charles N. Shook, as Executor of the Estate of Vance F. Shook, Deceased; Ethel Irene J. Sitton, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; Bruce D. Smith, and wife Delores H. Smith; Robert A. Smith, and wife Margorie L. Smith; Bradley H. Snipes, and wife Eleanor E. Snipes; Frank A. Stevens, and wife Ruby Irene Stevens; Ruth G. Summey, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased; and Juanita W. Watson, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Steve E. Ashe, and wife Deborah Ann Scott Ashe; David H. Corn, and wife Phyllis Bowen Corn; Danny L. Duckworth; Robert P. Grant, and wife Doris Patterson Grant; Larry W. Gregory; William H. Hall, Jr., and wife Wanda D. Hall; Marilyn M. Jarrett, Individually and as Executrix of the Estate of Douglas L. Jarrett, Deceased; Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider, Deceased; James D. McCall; Sherrell P. McCrary, and wife Velma Earlene McCrary; Jimmy G. Miller, and wife Linda Galloway Miller, Benny L. Mooney, and wife Mildred Ruth H. Mooney; Carroll F. Owen, and wife Cynthia Spivey

Owen; Mary M. Owen; Phillip E. Owens, and wife Dorothy Lorena W. Owens; Joe B. Rogers, and wife June Rogers; Remus L. Roper, and wife Shirley Roper; Douglas G. Sentelle, and wife Cindy Sentelle; Nettie L. Sitton; Charles E. Whitemire, and wife Bobbie Jean Whitemire; and Albert W. Williams, and wife Carolyn Williams, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge