# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*; )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>A.W. CHESTERTON, INC., *et al.*, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* for an order directing the parties to confer regarding the groupings of the Plaintiffs herein for trial beginning October 22, 2007.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' counsel forward to defense counsel proposed trial groupings, each consisting of 8 to 10 Plaintiffs, for the asbestos term beginning October 22, 2007, on or before 10 days from entry of this Order. If an agreement is reached, the parties shall notify the Court of the trial groupings on or before 10 days from service of the Plaintiffs' filing.

**IT IS FURTHER ORDERED** that, if an agreement cannot be reached as to the trial groupings, counsel shall file their proposed respective groupings with the Court on or before 10 days from service of the Plaintiffs' filing, and the Court will make the determination regarding the groupings and issue an appropriate order.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge