# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, </br></br> Plaintiffs, </br></br> Vs. </br></br> A. W. CHESTERTON, INC., *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) **PRETRIAL ORDER** ) ) ) ) ) |

The undersigned has conducted a pretrial conference in this matter and enters the following Order reflecting matters discussed and agreed upon at such conference.

**IT IS, THEREFORE, ORDERED** that the following deadlines apply:

1. Depositions of the Plaintiffs must be completed on or before 6**0 DAYS BEFORE TRIAL;**

2. Plaintiffs shall provide the Defendants with any updated medical review as soon as possible but not later than **60 DAYS BEFORE TRIAL;**

3. All prior radiology shall be shared with the Defendants as soon as possible but not later than **60 DAYS BEFORE TRIAL;**

4. Any new radiology must be produced digitally;

5. On or before **APRIL 9, 2007,** the Plaintiffs shall execute authorizations for the blanket release of medical records to defense counsel;

6. Reports for retained experts are due from the Plaintiffs no later than **45 DAYS BEFORE TRIAL,** and from the Defendants no later than **30 DAYS BEFORE TRIAL**;

7. Rule 26 disclosures are limited by agreement of the parties to specific Plaintiffs and job sites;

8. Discovery shall be completed no later than **30 DAYS BEFORE TRIAL**;

9. All motions except motions *in limine* shall be filed no later than **30 DAYS BEFORE TRIAL**; and

10. Defendants are to select one defense counsel to act as liaison counsel within **5 DAYS** from entry of this Order.

3

**IT IS FURTHER ORDERED** that a jury trial involving all Plaintiffs[1] will begin on **OCTOBER 22, 2007.**

The parties are directed to consult the Initial Pretrial Order Coordinating Proceedings filed in the combined proceeding, WDCP-83-1, for matters not specifically addressed by this Order.

Signed: April 2, 2007

Lacy H. Thornburg
United States District Judge

---

[1] A separate order will identify the trial groupings of these Plaintiffs.