# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) **O R D E R** ) |
| A. W. CHESTERTON, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on motion of Defendant Mt. Vernon Mills for admission *pro hac vice* of Janet L. MacDonell, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Janet L. MacDonell is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: May 29, 2007

Lacy H. Thornburg
United States District Judge