# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, ) ) ) Plaintiffs, ) ) Vs. ) ) A. W. CHESTERTON, *et al.*, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the motions of Defendant AstenJohnson, Inc., for admission *pro hac vice* of Alison E. O'Neal and Craig E. Brasfield, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motions are **ALLOWED**, and Alison E. O'Neal and Craig E. Brasfield are hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: June 4, 2007

Lacy H. Thornburg
United States District Judge