IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE, *et al.*, <br><br> This document relates to: <br> ARTHUR A. McCALL, and wife EDITH ENGLISH McCALL, <br><br> Plaintiffs, <br><br> Vs. <br><br> ACandS, Inc., et al., <br> Defendants. | Civil Action No. MDL 875 <br><br> W.D.N.C. <br> File No. 1:99cv268 |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the joint motion of the captioned Plaintiffs and Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, to dismiss the claims herein with prejudice.

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims of Plaintiffs Arthur A. McCall, and wife, Edith English McCall, against Defendant 3M Company, a/k/a Minnesota Mining & Manufacturing Company, are hereby **DISMISSED WITH PREJUDICE**, and this matter is terminated as to that Defendant.

Signed: July 9, 2007

Lacy H. Thornburg
United States District Judge