# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>**This Document Relates to:**<br><br>STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE; FRANK H. BARTON; HOMER R. BLYTHE and wife, ANN ENGLISH BLYTHE; BEN BOLT and wife, FLORA MAE McCALL BOLT; SHIRLEY EUGENE BRACKEN and wife, ANNIE JO SHERRIL BRACKEN; FRED C. BRYSON and wife, MARY B. BRYSON; ALLEN E. CHAPMAN and wife, SANDRA FISHER CHAPMAN; JOHN C. CHAPMAN and wife, IVA LEE ANDERS CHAPMAN; DAVID H. CORN and wife, PHYLLIS BOWEN CORN; ROBERT H. CROWE and wife, MARIAN CROWE; FRED DAVIS; DANNY L. DUCKWORTH; JOHN D. EZELL and wife, AILEEN RODGERS EZELL; EDNA MAE FEWELL; CARROLL D. FLETCHER and wife, SALLY R. FLETCHER; WILLIAM M. GADDY, SR. and wife, MYRTLE N. GADDY; CLYDE C. GALLOWAY and wife, BELLE T. GALLOWAY; JAMES C. GOFORTH and wife, THELMA W. GOFORTH; CLAUDE S. GOODSON and wife, DARLENE GOODSON; ROBERT P. GRANT and wife, DORIS PATTERSON GRANT; LARRY W. GREGORY; WILLIAM H. HALL, JR. and wife, WANDA D. HALL; WILLIE E. HARRON; THOMAS B. HEATON and wife, ELLA MAE P. HEATON; RICHARD L. HISSA and wife, PRISCILLA B. HISSA; DOUGLAS L. JARRETT and wife, MARILYN M. JARRETT; MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of THOMAS KRIDER; JAMES T. MAHONEY, JR. and wife, BRENDA FAYE J. MAHONEY; ERNEST R. MANEY and wife, BARBARA GREEN MANEY; ARTHUR A. McCALL and wife, EDITH ENGLISH McCALL; BENJAMIN F. McCALL and wife, DONNIE | Civil Action No. MDL 875<br><br>W.D.N.C.<br>File No. 1:99cv268 |

VEE McCALL; FRANKLIN L. McCALL and wife, BETTY LAMBERT McCALL; JAMES D. McCALL; RUFUS S. McCALL and wife, MARGARET PAULINE R. McCALL; SHERRELL P. McCRARY and wife, VELMA EARLENE McCRARY; WILLIAM P. McKELVEY; JOHN A. MICHAEL and wife, BETTY N. MICHAEL; JIMMY G. MILLER and wife, LINDA GALLOWAY MILLER; BENNY L. MOONEY and wife, MILDRED RUTH H. MOONEY; WILLIAM L. MOONEY, SR. and wife, BILLIE FARMER MOONEY; TARLIE E. MOORE and wife, BEULAH C. MOORE; JAMES H. MORRIS; GEORGE H. NEWMAN and wife, VIRGINIA H. NEWMAN; CARROLL F. OWEN and wife, CYNTHIA SPIVEY OWEN; MARY M. OWEN; PHILLIP E. OWENS and wife, DOROTHY LORENA W. OWENS; ROSCOE H. PONDER and wife, GRACE JULIE R. PONDER; JOE B. ROGERS and wife, JUNE ROGERS; REMUS L. ROPER and wife, SHIRLEY ROPER; PAUL D. SEAGLE and wife, LINDA M. SEAGLE; DOUGLAS G. SENTELLE and wife, CINDY SENTELLE; VANCE F. SHOOK; VANCE RANDALL SHOOK; ED J. SITTON and wife, ETHEL IRENE J. SITTON; NETTIE L. SITTON; BRUCE D. SMITH and wife, DELORES H. SMITH; ROBERT A. SMITH and wife, MARJORIE L. SMITH; BRADLEY H. SNIPES and wife, ELEANOR E. SNIPES; FRANK A. STEVENS and wife, RUBY IRENE STEVENS; CLYDE C. SUMMEY and wife, RUTH G. SUMMEY; JUANITA W. WATSON; CHARLES E. WHITEMIRE and wife, BOBBIE JEAN WHITEMIRE; ALBERT W. WILLIAMS and wife, CAROLYN WILLIAMS; THOMAS J. WOODS and wife, ALICIA JEAN WOODS,
                          **Plaintiffs,**

**Vs.**

**ACandS, Inc., et al.,**
                          **Defendants.**

## ORDER OF DISMISSAL OF DEFENDANT ASTEN, INC.

**THIS MATTER** is before the Court on Plaintiffs' motion for partial dismissal of the claims of all Plaintiffs against one Defendant, AstenJohnson, Inc., successor-in-interest to Asten, Inc., which, in turn, was successor-in-interest by way of name change to Asten Group, Inc. (traded as Asten-Hill Manufacturing Co.), with prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **ALLOWED**, and the claims of all pending Plaintiffs against one Defendant, AstenJohnson, Inc., successor-in-interest to Asten, Inc., which, in turn, was successor-in-interest by way of name change to Asten Group, Inc. (traded as Asten-Hill Manufacturing Co.), are hereby **DISMISSED WITH PREJUDICE**, and this Defendant is hereby terminated from this action.

Signed: August 14, 2007

Lacy H. Thornburg
United States District Judge