IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

STEVE E. ASHE, and wife DEBORAH )
ANN SCOTT ASHE, *et al.*, )
 )
        Plaintiffs, )
 )
Vs. )     O R D E R
 )
A. W. CHESTERTON, INC.; CROWN )
CORK & SEAL COMPANY, INC.; )
GARLOCK, INC.; GEORGIA PACIFIC )
CORPORATION; METROPOLITAN )
LIFE INSURANCE CORPORATION; )
NATIONAL SERVICES INDUSTRIES; )
OWENS-ILLINOIS, INC.; RAPID )
AMERICAN CORPORATION; D. B. )
RILEY, INC.; CBS CORPORATION, )
and ALBANY INTERNATIONAL, )
 )
        Defendants. )
 )

**THIS MATTER** is before the Court pursuant to the parties' notification that all claims in controversy between the Plaintiffs and the remaining Defendants have been settled.

**IT IS, THEREFORE, ORDERED** that the parties submit stipulations of dismissal, consent judgments, joint motions to dismiss, or other settlement documents closing this cace on or before November 1,2007.

Signed: September 13, 2007

Lacy H. Thornburg
United States District Judge