IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE; FRANK H. BARTON; HOMER R. BLYTHE, and wife ANN ENGLISH BLYTHE; BEN BOLT, and wife FLORA MAE McCALL BOLT; SHIRLEY EUGENE BRACKEN, and wife ANNIE JO SHERRIL BRACKEN; FRED C. BRYSON, and wife MARY B. BRYSON; ALLEN E. CHAPMAN, and wife SANDRA FISHER CHAPMAN; JOHN C. CHAPMAN, and wife IVA LEE ANDERS CHAPMAN; DAVID H. CORN, and wife PHYLLIS BOWEN CORN; ROBERT H. CROWE, and wife MARIAN CROWE; RHONDA DEBRUHL, Administrator of the Estate of Fred Davis, Deceased; DANNY L. DUCKWORTH; JOHN D. EZELL, and wife AILEEN RODGERS EZELL; EDNA MAE FEWELL; SALLY R. FLETCHER, Individually and as Executrix of the Estate of Carroll D. Fletcher, Deceased; WILLIAM M. GADDY, SR., and wife MYRTLE N. GADDY; CLYDE C. GALLOWAY, and wife BELLE T. GALLOWAY; JAMES C. GOFORTH, and wife THELMA W. GOFORTH; CLAUDE S. GOODSON, and wife DARLENE GOODSON; ROBERT P. GRANT, and wife DORIS PATTERSON GRANT; LARRY W. GREGORY; WILLIAM H. HALL, JR., and wife WANDA D. HALL; WILLIE E. HARRON; THOMAS B. HEATON, and wife ELLA MAE P. HEATON; RICHARD L. HISSA, and wife PRISCILLA B. HISSA; MARILYN JARRETT, Individually and as | ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GEORGIA-PACIFIC |

Executrix of the Estate of Douglas L. )
Jarrett, Deceased; MAGGIE C. )
KRIDER, Individually and as Personal )
Representative of the Estate of )
Thomas Krider, Deceased; JAMES T. )
MAHONEY, JR., and wife BRENDA )
FAYE J. MAHONEY; ERNEST R. )
MANEY, and wife BARBARA GREEN )
MANEY; ARTHUR A. McCALL, and )
wife EDITH ENGLISH McCALL; )
BENJAMIN F. McCALL, and wife )
DONNIE VEE McCALL; FRANKLIN L. )
McCALL, and wife BETTY LAMBERT )
McCALL; JAMES D. McCALL; )
RUFUS S. McCALL, and wife )
MARGARET PAULINE R. McCALL; )
SHERRELL P. McCRARY, and wife )
VELMA EARLENE McCRARY; )
WILLIAM P. McKELVEY; BETTY N. )
MICHAEL, Individually and as )
Executrix of the Estate of John A. )
Michael, Deceased; JIMMY G. )
MILLER, and wife LINDA GALLOWAY )
MILLER; BENNY L. MOONEY, and )
wife MILDRED RUTH H. MOONEY; )
WILLIAM L. MOONEY, SR., and wife )
BILLIE FARMER MOONEY; )
PATRICIA M. CROUCH, as Executrix )
of the Estate of Tarlie E. Moore, )
Deceased, and BEULAH C. MOORE; )
PEGGY LOFLIN, as Administrator of )
the Estate of James H. Morris, )
Deceased; GEORGE H. NEWMAN, )
and wife VIRGINIA H. NEWMAN; )
CARROLL F. OWEN, and wife )
CYNTHIA SPIVEY OWEN; MARY M. )
OWEN; PHILLIP E. OWENS, and wife )
DOROTHY LORENA W. OWENS; )
ROSCOE H. PONDER, and wife )
GRACE JULIE R. PONDER; JOE B. )
ROGERS, and wife JUNE ROGERS; )
REMUS L. ROPER, and wife SHIRLEY )
ROPER; PAUL D. SEAGLE, and wife )
LINDA M. SEAGLE; DOUGLAS G. )
SENTELLE, and wife CINDY )
SENTELLE; CHARLES N. SHOOK, as )

| | |
|---|---|
| Executor of the Estate of Vance F. Shook, Deceased; BRONITH SHOOK, as Administrator of the Estate of Vance Randall Shook; ETHEL IRENE J. SITTON, Individually and as Executrix of the Estate of Ed J. Sitton, Deceased; NETTIE L. SITTON; BRUCE D. SMITH, and wife DELORES H. SMITH; ROBERT A. SMITH, and wife MARGORIE L. SMITH; BRADLEY H. SNIPES, and wife ELEANOR E. SNIPES; FRANK A. STEVENS, and wife RUBY IRENE STEVENS; RUTH G. SUMMEY, Individually and as Executor of the Estate of Clyde C. Summey, Deceased; JUANITA W. WATSON; CHARLES E. WHITEMIRE, and wife BOBBIE JEAN WHITEMIRE; ALBERT W. WILLIAMS, and wife CAROLYN WILLIAMS; and THOMAS J. WOODS, and wife ALICIA JEAN WOODS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Plaintiffs, | )<br>) |
|     vs. | )<br>) |
| ACandS, INC., *et al.*, | )<br>) |
|     Defendants. | ) |

**THIS MATTER** is before the Court on the joint motion of Defendant Georgia-Pacific and all Plaintiffs in this case for dismissal without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, of Plaintiffs' claims against Defendant Georgia-Pacific.

For good cause shown, including the consent of such parties, the Court finds that such motion should be allowed.

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of all Plaintiffs against Defendant Georgia-Pacific are hereby **DISMISSED WITHOUT**

**PREJUDICE**, and Defendant Georgia-Pacific may be terminated from this action.

Signed: October 30, 2007

Lacy H. Thornburg
United States District Judge

**CONSENTED TO:**

| | |
|---|---|
| s/ Kenneth Kyre, Jr. | s/ Janet Ward Black |
| N.C. State Bar Number: 7848 | N.C. State Bar Number: 12869 |
| Attorney for Georgia-Pacific | Attorney for Plaintiffs |
| PINTO COATES KYRE & BROWN, PLLC | WARD BLACK LAW |
| P.O. Box 4848 | 208 West Wendover Avenue |
| Greensboro, NC 27404 | Greensboro, NC 27401 |
| Telephone: (336) 282-8848 | Phone: (336) 273-3812 |
| Fax: (336) 282-8409 | Fax: (336) 379-9415 |
| E-mail: kkyre@pckb-law.com | E-Mail: jwblack@wardblacklaw.com |