IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Civil No. 1:99-CV-268

| | |
|---|---|
| STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE; et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **O R D E R** ) |
| A.W. CHESTERTON, et al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the motion of all Plaintiffs' for Partial Dismissal without Prejudice of their claims against Defendant, D. B. Riley, Inc. f/k/a Riley Stoker Corporation;

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion is **GRANTED** and the claims of all pending Plaintiffs as to Defendant D. B. Riley, Inc. f/k/a Riley Stoker Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs, and, specifically reserving to each Plaintiff all rights to prosecute claims and/or actions against any parties and/or persons and/or entities not otherwise dismissed herein.

Signed: November 1, 2007

Lacy H. Thornburg
United States District Judge