**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | |
|---|---|
| **STEVE E. ASHE and wife, DEBORAH ANN SCOTT ASHE; FRANK H. BARTON; HOMER R. BLYTHE and wife, ANN ENGLISH BLYTHE; BEN BOLT and wife, FLORA MAE MCCALL BOLT; SHIRLEY EUGENE BRACKEN and wife, ANNIE JO SHERRIL BRACKEN; FRED C. BRYSON and wife, MARY B. BRYSON; ALLEN E. CHAPMAN and wife, SANDRA FISHER CHAPMAN; JOHN C. CHAPMAN and wife, IVA LEE ANDERS CHAPMAN; DAVID H. CORN and wife, PHYLLIS BOWEN CORN; ROBERT H. CROWE and wife, MARIAN CROWE; DANNY L. DUCKWORTH; JOHN D. EZELL and wife, AILEEN RODGERS EZELL; EDNA MAE FEWELL; SALLY R. FLETCHER, Executrix of The Estate of CARROLL FLETCHER; WILLIAM M. GADDY, SR. and wife, MYRTLE N. GADDY; CLYDE C. GALLOWAY and wife, BELLE T. GALLOWAY; JAMES C. GOFORTH and wife, THELMA W. GOFORTH; CLAUDE S. GOODSON and wife, DARLENE GOODSON; ROBERT P. GRANT and wife, DORIS PATTERSON GRANT; LARRY W. GREGORY; WILLIAM H. HALL, JR. and wife, WANDA D. HALL; WILLIE E. HARRON; THOMAS B. HEATON and wife, ELLA MAE P. HEATON; RICHARD L. HISSA and wife, PRISCILLA B. HISSA; MARILYN S. JARRETT, Individually and as Executrix of the Estate of DOUGLAS L. JARRETT, Deceased; MAGGIE C. KRIDER, Individually and as Personal Representative of the Estate of Thomas Krider; JAMES T. MAHONEY, JR. and wife, BRENDA FAYE J. MAHONEY; ERNEST R. MANEY and wife,** | ) ) ) ) C/A No.: 1:99cv268-T ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**BARBARA GREEN MANEY; ARTHUR** )
**A. MCCALL and wife, EDITH** )
**ENGLISH MCCALL;** )
**BENJAMIN F. MCCALL and wife,** )
**DONNIE VEE MCCALL; FRANKLIN** )
**L. MCCALL and wife, BETTY** )
**LAMBERT MCCALL; JAMES D.** )
**MCCALL; RUFUS S. MCCALL** )
**and wife, MARGARET PAULINE R.** )
**MCCALL; SHERRELL P. MCCRARY** )
**and wife, VELMA EARLENE** )
**MCCRARY; WILLIAM P.** )
**MCKELVEY; BETTY N. MICHAEL** )
**Executrix of the Estate of JOHN A.** )
**MICHAEL; JIMMY G. MILLER** )
**and wife,  LINDA GALLOWAY** )
**MILLER; BENNY L. MOONEY** )
**and wife, MILDRED RUTH H.** )
**MOONEY; WILLIAM L. MOONEY,** )
**SR. and wife, BILLIE FARMER** )
**MOONEY; BEULAH C. MOORE;** )
**PATRICIA M. CROUCH, Executrix of** )
**the Estate of TARLIE E. MOORE,** )
**Deceased; GEORGE H. NEWMAN and** )
**wife, VIRGINIA H. NEWMAN;** )
**CARROLL F. OWEN and wife,** )
**CYNTHIA SPIVEY OWEN; MARY M.** )
**OWEN; PHILLIP E. OWENS and wife,** )
**DOROTHY LORENA W. OWENS;** )
**ROSCOE H. PONDER and wife,** )
**GRACE JULIE R. PONDER; JOE B.** )
**ROGERS and wife, JUNE ROGERS;** )
**REMUS L. ROPER and wife, SHIRLEY** )
**ROPER; PAUL D. SEAGLE and wife,** )
**LINDA M.** )
**SEAGLE; DOUGLAS G. SENTELLE** )
**and wife, CINDY SENTELLE; NETTIE** )
**L.SITTON; BRUCE D. SMITH and** )
**wife, DELORES H. SMITH; ROBERT** )
**A. SMITH and wife, MARJORIE L.** )
**SMITH; BRADLEY H. SNIPES and** )
**wife, ELEANOR E. SNIPES; FRANK A.** )
**STEVENS and wife, RUBY IRENE** )
**STEVENS; JUANITA W. WATSON;** )
**CHARLES E. WHITEMIRE and wife,** )
**BOBBIE JEAN WHITEMIRE;** )

| | |
|---|---|
| ALBERT W. WILLIAMS and wife, CAROLYN WILLIAMS; THOMAS J. WOODS and wife, ALICIA JEAN WOODS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ACandS, Inc., et al | )<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The above-entitled action is now pending in this Court.

NOW COMES, Ward Black Law, Attorneys for the Plaintiffs, Steve E. Ashe and wife, Deborah Ann Scott Ashe; Frank H. Barton; Homer R. Blythe and wife, Ann English Blythe; Ben Bolt and wife, Flora Mae McCall Bolt; Shirley Eugene Bracken and wife, Annie Jo Sherril Bracken; Fred C. Bryson and wife, Mary B. Bryson; Allen E. Chapman and wife, Sandra Fisher Chapman; John C. Chapman and wife, Iva Lee Anders Chapman; David H. Corn and wife, Phyllis Bowen Corn; Robert H. Crowe and wife, Marian Crowe; Danny L. Duckworth; John D. Ezell and wife, Aileen Rodgers Ezell; Edna Mae Fewell; Sally R. Fletcher, Executrix of the Estate of Carroll Fletcher; William M. Gaddy, Sr. and wife, Myrtle N. Gaddy; Clyde C. Galloway and wife, Belle T. Galloway; James C. Goforth and wife, Thelma W. Goforth; Claude S. Goodson and wife, Darlene Goodson; Robert P. Grant and wife, Doris Patterson Grant; Larry W. Gregory; William H. Hall, Jr. and wife, Wanda D. Hall; Willie E. Harron; Thomas B. Heaton and wife, Ella Mae P. Heaton; Richard L. Hissa and wife, Priscilla B. Hissa; Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider;

James T. Mahoney, Jr. and wife, Brenda Faye J. Mahoney; Ernest R. Maney and wife, Barbara Green Maney; Arthur A. McCall and wife, Edith English McCall; Benjamin F. McCall and wife, Donnie Vee McCall; Franklin L. McCall And Wife, Betty Lambert McCall; James D. McCall; Rufus S. McCall and wife, Margaret Pauline R. McCall; Sherrell P. McCrary and wife, Velma Earlene McCrary; William P. McKelvey; Betty N. Michael Executrix of the Estate of John A. Michael; Jimmy G. Miller and Wife, Linda Galloway Miller; Benny L. Mooney and wife, Mildred Ruth H. Mooney; William L. Mooney, Sr. and wife, Billie Farmer Mooney; Beulah C. Moore; Patricia M. Crouch, Executrix of the Estate Of Tarlie E. Moore, Deceased; George H. Newman and wife, Virginia H. Newman; Carroll F. Owen and wife, Cynthia Spivey Owen; Mary M. Owen; Phillip E. Owens and wife, Dorothy Lorena W. Owens; Roscoe H. Ponder and wife, Grace Julie R. Ponder; Joe B. Rogers and wife, June Rogers; Remus L. Roper and wife, Shirley Roper; Paul D. Seagle and wife, Linda M. Seagle; Douglas G. Sentelle and wife, Cindy Sentelle; Nettie L. Sitton; Bruce D. Smith And Wife, Delores H. Smith; Robert A. Smith and wife, Marjorie L. Smith; Bradley H. Snipes and wife, Eleanor E. Snipes; Frank A. Stevens and wife, Ruby Irene Stevens; Juanita W. Watson; Charles E. Whitemire and Wife, Bobbie Jean Whitemire; Albert W. Williams and Wife, Carolyn Williams; Thomas J. Woods and Wife, Alicia Jean Woods, and moves for an Order of Dismissal With Prejudice as to Defendant Garlock Sealing Technologies, LLC;

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Garlock Sealing Technologies, LLC,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs, Steve E. Ashe and wife, Deborah Ann Scott Ashe; Frank H. Barton; Homer R. Blythe and wife, Ann

English Blythe; Ben Bolt and wife, Flora Mae McCall Bolt; Shirley Eugene Bracken and wife, Annie Jo Sherril Bracken; Fred C. Bryson and wife, Mary B. Bryson; Allen E. Chapman and wife, Sandra Fisher Chapman; John C. Chapman and wife, Iva Lee Anders Chapman; David H. Corn and wife, Phyllis Bowen Corn; Robert H. Crowe and wife, Marian Crowe; Danny L. Duckworth; John D. Ezell and wife, Aileen Rodgers Ezell; Edna Mae Fewell; Sally R. Fletcher, Executrix of the Estate of Carroll Fletcher; William M. Gaddy, Sr. and wife, Myrtle N. Gaddy; Clyde C. Galloway and wife, Belle T. Galloway; James C. Goforth and wife, Thelma W. Goforth; Claude S. Goodson and wife, Darlene Goodson; Robert P. Grant and wife, Doris Patterson Grant; Larry W. Gregory; William H. Hall, Jr. and wife, Wanda D. Hall; Willie E. Harron; Thomas B. Heaton and wife, Ella Mae P. Heaton; Richard L. Hissa and wife, Priscilla B. Hissa; Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider; James T. Mahoney, Jr. and wife, Brenda Faye J. Mahoney; Ernest R. Maney and wife, Barbara Green Maney; Arthur A. McCall and wife, Edith English McCall; Benjamin F. McCall and wife, Donnie Vee McCall; Franklin L. McCall And Wife, Betty Lambert McCall; James D. McCall; Rufus S. McCall and wife, Margaret Pauline R. McCall; Sherrell P. McCrary and wife, Velma Earlene McCrary; William P. McKelvey; Betty N. Michael Executrix of the Estate of John A. Michael; Jimmy G. Miller and Wife, Linda Galloway Miller; Benny L. Mooney and wife, Mildred Ruth H. Mooney; William L. Mooney, Sr. and wife, Billie Farmer Mooney; Beulah C. Moore; Patricia M. Crouch, Executrix of the Estate Of Tarlie E. Moore, Deceased; George H. Newman and wife, Virginia H. Newman; Carroll F. Owen and wife, Cynthia Spivey Owen; Mary M. Owen; Phillip E. Owens and wife, Dorothy Lorena W. Owens; Roscoe H. Ponder and wife,

Grace Julie R. Ponder; Joe B. Rogers and wife, June Rogers; Remus L. Roper and wife, Shirley Roper; Paul D. Seagle and wife, Linda M. Seagle; Douglas G. Sentelle and wife, Cindy Sentelle; Nettie L. Sitton; Bruce D. Smith And Wife, Delores H. Smith; Robert A. Smith and wife, Marjorie L. Smith; Bradley H. Snipes and wife, Eleanor E. Snipes; Frank A. Stevens and wife, Ruby Irene Stevens; Juanita W. Watson; Charles E. Whitemire and Wife, Bobbie Jean Whitemire; Albert W. Williams and Wife, Carolyn Williams; Thomas J. Woods and Wife, Alicia Jean Woods, against the Defendant Garlock Sealing Technologies, LLC, are hereby **DISMISSED WITH PREJUDICE,** and this action may be terminated as to Defendant Garlock Sealing Technologies, LLC.

Signed: November 1, 2007

Lacy H. Thornburg
United States District Judge

<u>WE SO MOVE</u>:
WARD BLACK LAW


By: s/ Janet Ward Black
Janet Ward Black, Esq.
NC Bar Number 12869
Attorneys for the Plaintiffs
208 W. Wendover Avenue
Greensboro, NC    27401
Telephone: (336) 273-3812
E-mail:  jwblack@wardblacklaw.com

Attorneys for the Plaintiffs

<u>WE SO CONSENT</u>:

LEATH, BOUCH & CRAWFORD LLP


By: <u>s/ Timothy W. Bouch</u>
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
Attorneys for Garlock Sealing Technologies, LLC
92 Broad Street, P. O. Box 59
Charleston, SC  29402
Telephone: (843) 937-8811
Fax: (874) 937.0606
Email: tbouch@leathbouchlaw.com