IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al*, | ) ) ) |
| This document pertains to: EDNA MAE FEWELL; SALLY R. FLETCHER, Individually and as Executrix of the Estate of Carroll D. Fletcher, Deceased; JAMES C. GOFORTH, and wife THELMA W. GOFORTH; RUFUS S. McCALL, and wife MARGARET PAULINE R. McCALL; WILLIAM L. MOONEY, SR., and wife BILLIE FARMER MOONEY; BRONITH SHOOK, as Administrator of the Estate of Vance Randall Shook, Deceased; and THOMAS J. WOODS, and wife ALICIA JEAN WOODS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) |
| A. W. CHESTERTON, INC.; CROWN CORK & SEAL COMPANY, INC.; METROPOLITAN LIFE INSURANCE CORPORATION; NATIONAL SERVICE INDUSTRIES, INC.; OWENS-ILLINOIS, INCORPORATED; RAPID AMERICAN CORPORATION; and CBS CORPORATION, | ) ) ) ) ) ) ) ) ) |

|                    | ) |
|--------------------|---|
| **Defendants.**    | ) |
|                    | ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' joint motion to dismiss the captioned Plaintiffs' claims as to the Defendant Owens-Illinois, Inc.

For cause shown and it appearing these parties have agreed to settle the issues in controversy among them,

**IT IS, THEREFORE, ORDERED** that the joint motion to dismiss is **ALLOWED**, and the claims of Plaintiffs Rufus S. McCall, and wife Margaret Pauline R. McCall; William L. Mooney, Sr., and wife Billie Farmer Mooney; and Bronith Shook, as Administrator of the Estate of Vance Randall Shook, Deceased, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the claims of Plaintiffs Edna Mae Fewell; Sally R. Fletcher, Individually and as Executrix of the Estate of Carroll D. Fletcher, Deceased; James C. Goforth, and wife Thelma W. Goforth; and Thomas J. Woods, and wife Alicia Jean Woods, against the Defendant Owens-Illinois, Inc., are hereby **DISMISSED WITHOUT**

**PREJUDICE**, and this action may be terminated as to Defendant Owens-Illinois, Inc.

Signed: November 1, 2007

Lacy H. Thornburg
United States District Judge