IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:99CV268

| | |
|---|---|
| STEVE E. ASHE, and wife DEBORAH ANN SCOTT ASHE, *et al.*, <br><br> This document pertains to: <br>    WILLIAM P. McKELVEY, <br><br>             Plaintiffs, <br><br> Vs. <br><br> A. W. CHESTERTON, INC., *et al.*, <br><br>             Defendants. | <br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the joint motion of the Plaintiff, William P. McKelvey, and Defendant Metropolitan Life Insurance Company to dismiss Plaintiff's claims against said Defendant without prejudice.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the joint motion is **ALLOWED**, and the claims of Plaintiff William P. McKelvey against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITHOUT PREJUDICE**, and this matter may be terminated as to Defendant Metropolitan Life Insurance Company.

2

Signed: November 5, 2007

Lacy H. Thornburg
United States District Judge