## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| **STEVE E. ASHE and wife DEBORAH ANN** | ) | C/A No.: 1:99-CV-00268 |
|    **SCOTT ASHE,** *et al.***,** | ) | |
| | ) | |
| ***This document pertains to:*** | ) | |
| **FRANK H. BARTON,** | ) | |
| **RHONDA DEBRUHL, Administrator of the Estate of** | ) | |
| **Fred Davis, Deceased;** | ) | |
| **SALLY R. FLETCHER, Individually and as Executrix** | ) | |
| **of the Estate of Carroll Fletcher, Deceased,** | ) | |
| **LARRY W. GREGORY,** | ) | |
| **ERNEST R. MANEY, and wife BARBARA G.** | ) | |
|    **MANEY,** | ) | |
| **ARTHUR A. MCCALL, and wife EDITH E.** | ) | |
|    **MCCALL,** | ) | |
| **BENJAMIN F. MCCALL, and wife DONNIE VEE** | ) | |
|    **MCCALL,** | ) | |
| **FRANKLIN L. MCCALL and wife BETTY MCCALL** | ) | |
| **JIMMY G. MILLER, and wife LINDA G. MILLER,** | ) | |
| **WILLIAM L. MOONEY, SR. and wife BILLIE** | ) | |
|    **FARMER MOONEY,** | ) | |
| **PATRICIA M. CROUCH, as Executrix of the Estate of** | ) | |
| **Tarlie E. Moore, Deceased, and BEULAH C. MOORE,** | ) | |
| **FRANK A. STEVENS and wife RUBY I. STEVENS,** | ) | |
| | ) | |
|    **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AC and S, INC.,** *et al***,** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## ORDER OF DISMISSAL

     **THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and

Defendant National Service Industries, Inc., (formerly known as North Brothers Company), to

dismiss their claims with prejudice against said Defendant.

     It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of each of the captioned Plaintiffs against Defendant National Service Industries, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: November 5, 2007

Lacy H. Thornburg
United States District Judge

WE MOVE:

s/ James D. Gandy, III
James D. Gandy, III

Pierce, Herns, Sloan & McLeod, LLC
321 East Bay Street
Charleston, SC 29413

Attorney for Defendant
National Service Industries, Inc.

WE CONSENT:

s/ Janet Ward Black
Janet Ward Black, Esquire
NC Bar No. 12869
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401
jwblack@wardblacklaw.com

Attorneys for Plaintiffs