# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| STEVE E. ASHE and wife DEBORAH ANN SCOTT ASHE, *et al.*, <br><br> *This document pertains to:* <br> RHONDA DEBRUHL, Administrator of Estate of Fred Davis, Deceased <br> ROBERT A. SMITH and wife MARJORIE L. SMITH, <br> RUTH G. SUMMEY, Individually and as Executrix of the Estate of Clyde C. Summey, Deceased, <br><br>    Plaintiffs, <br><br> v. <br><br> AC and S, INC., *et al*, <br><br>    Defendants. | C/A No.: 1:99-CV-00268 |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the consent of the captioned Plaintiffs and Defendant Rapid American Corporation, to dismiss their claims without prejudice against said Defendant.

It appearing that all parties have consented to the relief requested herein,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the claims of each of the captioned Plaintiffs against Defendant Rapid American Corporation, are hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: November 5, 2007

Lacy H. Thornburg
United States District Judge

| WE MOVE: | WE CONSENT: |
|---|---|
| s/ James D. Gandy, III | s/ Janet Ward Black |
| James D. Gandy, III | Janet Ward Black, Esquire |
| Pierce, Herns, Sloan & McLeod, LLC | NC Bar No. 12869 |
| 321 East Bay Street | Ward Black Law |
| Charleston, SC 29413 | 208 West Wendover Avenue |
| trippgandy@phsm.net | Greensboro, NC 27401 |
| jwblack@wardblacklaw.com | |
| Attorney for Defendant | |
| Attorneys for Plaintiffs | |
| Rapid American Corporation | |