IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| STEVE E. ASHE and wife, DEBORAH | ) | |
| ANN SCOTT ASHE; FRANK H. | ) | |
| BARTON; HOMER R. BLYTHE | ) | C/A No.: 1:99cv268-T |
| and wife, ANN ENGLISH BLYTHE; | ) | |
| BEN BOLT and wife, FLORA MAE | ) | |
| MCCALL BOLT; SHIRLEY EUGENE | ) | |
| BRACKEN and wife, ANNIE JO | ) | |
| SHERRIL BRACKEN; FRED C. | ) | |
| BRYSON and wife, MARY B. BRYSON; | ) | |
| ALLEN E. CHAPMAN | ) | |
| and wife, SANDRA FISHER | ) | |
| CHAPMAN; JOHN C. CHAPMAN | ) | |
| and wife, IVA LEE ANDERS | ) | |
| CHAPMAN; DAVID H. CORN | ) | |
| and wife, PHYLLIS BOWEN CORN; | ) | |
| ROBERT H. CROWE and wife, | ) | |
| MARIAN CROWE; RHONDA | ) | |
| DEBRUHL, Administrator of the Estate | ) | |
| of FRED DAVIS, Deceased; DANNY L. | ) | |
| DUCKWORTH; JOHN D. EZELL | ) | |
| and wife, AILEEN RODGERS EZELL; | ) | |
| EDNA MAE FEWELL; SALLY R. | ) | |
| FLETCHER, Executrix of The Estate of | ) | |
| CARROLL FLETCHER; WILLIAM M. | ) | |
| GADDY, SR. and wife, MYRTLE N. | ) | |
| GADDY; CLYDE C. GALLOWAY | ) | |
| and wife, BELLE T. GALLOWAY; | ) | |
| JAMES C. GOFORTH and wife, | ) | |
| THELMA W. GOFORTH; CLAUDE S. | ) | |
| GOODSON and wife, DARLENE | ) | |
| GOODSON; ROBERT P. GRANT | ) | |
| and wife, DORIS PATTERSON | ) | |
| GRANT; LARRY W. GREGORY; | ) | |
| WILLIAM H. HALL, JR. and wife, | ) | |
| WANDA D. HALL; WILLIE E. | ) | |
| HARRON; THOMAS B. HEATON and | ) | |
| wife, ELLA MAE P. HEATON; | ) | |
| RICHARD L. HISSA and wife, | ) | |
| PRISCILLA B. HISSA; MARILYN S. | ) | |
| JARRETT, Individually and as | ) | |
| Executrix of the Estate of DOUGLAS L. | ) | |
| JARRETT, Deceased; MAGGIE C. | ) | |
| KRIDER, Individually and as Personal | ) | |
| Representative of the Estate of Thomas | ) | |
| Krider; JAMES T. MAHONEY, JR. and | ) | |

wife, BRENDA FAYE J. MAHONEY;        )
ERNEST R. MANEY and wife,            )
BARBARA GREEN MANEY; ARTHUR)
A. MCCALL and wife, EDITH            )
ENGLISH MCCALL;                      )
BENJAMIN F. MCCALL and wife,         )
DONNIE VEE MCCALL; FRANKLIN          )
L. MCCALL and wife, BETTY            )
LAMBERT MCCALL; JAMES D.             )
MCCALL; RUFUS S. MCCALL              )
and wife, MARGARET PAULINE R.        )
MCCALL; SHERRELL P. MCCRARY          )
and wife, VELMA EARLENE              )
MCCRARY; WILLIAM P.                  )
MCKELVEY; BETTY N. MICHAEL           )
Executrix of the Estate of JOHN A.   )
MICHAEL; JIMMY G. MILLER             )
and wife, LINDA GALLOWAY             )
MILLER; BENNY L. MOONEY              )
and wife, MILDRED RUTH H.            )
MOONEY; WILLIAM L. MOONEY,           )
SR. and wife, BILLIE FARMER          )
MOONEY; BEULAH C. MOORE;             )
PATRICIA M. CROUCH, Executrix of     )
the Estate of TARLIE E. MOORE,       )
Deceased; PEGGY NMN LOFLIN,          )
Administrator of the Estate of JAMES )
H. MORRIS, deceased; GEORGE H.       )
NEWMAN and wife, VIRGINIA H.         )
NEWMAN; CARROLL F. OWEN and          )
wife, CYNTHIA SPIVEY OWEN;           )
MARY M. OWEN; PHILLIP E.             )
OWENS and wife, DOROTHY              )
LORENA W. OWENS; ROSCOE H.           )
PONDER and wife, GRACE JULIE R.      )
PONDER; JOE B. ROGERS and wife,      )
JUNE ROGERS; REMUS L. ROPER          )
and wife, SHIRLEY ROPER; PAUL D.     )
SEAGLE and wife, LINDA M.            )
SEAGLE; DOUGLAS G. SENTELLE          )
and wife, CINDY SENTELLEL;           )
BRONITH SHOOK, Administrator of      )
the Estate of VANCE RANDALL          )
SHOOK, deceased; CHARLES N.          )
SHOOK, Executor of the Estate of     )
VANCE F. SHOOK, deceased;  ETHEL     )

**IRENE J. SITTON, Executrix of the** )
**Estate of ED J. SITTON, deceased;** )
**NETTIE L. SITTON; BRUCE D.** )
**SMITH and wife, DELORES H. SMITH;** )
**ROBERT A. SMITH and wife,** )
**MARJORIE L. SMITH; BRADLEY H.** )
**SNIPES and wife, ELEANOR E.** )
**SNIPES; FRANK A. STEVENS and** )
**wife, RUBY IRENE STEVENS; RUTH** )
**G. SUMMEY, Executor of the Estate of** )
**CLYDE C. SUMMEY, deceased;** )
**JUANITA W. WATSON; CHARLES E.** )
**WHITEMIRE and wife, BOBBIE JEAN** )
**WHITEMIRE; ALBERT W.** )
**WILLIAMS and wife, CAROLYN** )
**WILLIAMS; THOMAS J. WOODS and** )
**wife, ALICIA JEAN WOODS,** )
)
                **Plaintiffs,** )
)
**v.** )
)
**ACandS, Inc., et al** )
)
                **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on motion of counsel for the captioned Plaintiffs for an Order of Dismissal With Prejudice as to Defendant Crown Cork & Seal Company, Inc.

With the consent of Leath, Bouch & Crawford LLP, Attorneys for Defendant Crown Cork & Seal Company, Inc.,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and all claims of the Plaintiffs, Steve E. Ashe and wife, Deborah Ann Scott Ashe; Frank H. Barton; Homer R. Blythe and wife, Ann English Blythe; Ben Bolt and wife, Flora Mae McCall Bolt; Shirley Eugene Bracken and wife, Annie Jo Sherril Bracken; Fred C.

Bryson and wife, Mary B. Bryson; Allen E. Chapman and wife, Sandra Fisher Chapman; John C. Chapman and wife, Iva Lee Anders Chapman; David H. Corn and wife, Phyllis Bowen Corn; Robert H. Crowe and wife, Marian Crowe; Rhonda Debruhl, Administrator of the Estate of Fred Davis, Deceased; Danny L. Duckworth; John D. Ezell and wife, Aileen Rodgers Ezell; Edna Mae Fewell; Sally R. Fletcher, Executrix of the Estate of Carroll Fletcher; Clyde C. Galloway and wife, Belle T. Galloway; James C. Goforth and wife, Thelma W. Goforth; Claude S. Goodson and wife, Darlene Goodson; Robert P. Grant and wife, Doris Patterson Grant; Larry W. Gregory; William H. Hall, Jr. and wife, Wanda D. Hall; Willie E. Harron; Thomas B. Heaton and wife, Ella Mae P. Heaton; Richard L. Hissa and wife, Priscilla B. Hissa; Marilyn S. Jarrett, Individually and as Executrix of the Estate of Douglas L. Jarrett, Deceased; Maggie C. Krider, Individually and as Personal Representative of the Estate of Thomas Krider; James T. Mahoney, Jr. and wife, Brenda Faye J. Mahoney; Ernest R. Maney and wife, Barbara Green Maney; Arthur A. McCall and wife, Edith English McCall; Benjamin F. McCall and wife, Donnie Vee McCall; Franklin L. McCall and wife, Betty Lambert McCall; James D. McCall; Rufus S. McCall and wife, Margaret Pauline R. McCall; Sherrell P. McCrary and wife, Velma Earlene McCrary; William P. McKelvey; Betty N. Michael Executrix of the Estate of John A. Michael; Jimmy G. Miller and wife, Linda Galloway Miller; Benny L. Mooney and wife, Mildred Ruth H. Mooney; William L. Mooney, Sr. and wife, Billie Farmer Mooney; Beulah C. Moore; Patricia M. Crouch, Executrix of the Estate of Tarlie E. Moore, Deceased; Peggy Loflin, Administrator of the Estate of James H. Morris, Deceased; George H. Newman and wife, Virginia H. Newman; Carroll F. Owen and wife, Cynthia Spivey Owen; Mary M. Owen; Phillip E. Owens and wife, Dorothy Lorena

W. Owens; Roscoe H. Ponder and wife, Grace Julie R. Ponder; Joe B. Rogers and wife, June Rogers; Remus L. Roper and wife, Shirley Roper; Paul D. Seagle and wife, Linda M.Seagle; Douglas G. Sentelle and wife, Cindy Sentelle; Bronith Shook, Administrator of the Estate of Vance Randall Shook, Deceased; Charles N. Shook, Executor of the Estate of Vance F. Shook, deceased; Ethel Irene J. Sitton**,** Executrix of the Estate of Ed J. Sitton, Deceased; Nettie L.Sitton; Bruce D. Smith And wife, Delores H. Smith; Robert A. Smith and wife, Marjorie L. Smith; Bradley H. Snipes and wife, Eleanor E. Snipes; Frank A. Stevens and wife, Ruby Irene Stevens; Ruth G. Summey, Executor of the Estate of Clyde C. Summey, Deceased; Juanita W. Watson; Charles E. Whitemire and wife, Bobbie Jean Whitemire; Albert W. Williams and wife, Carolyn Williams; Thomas J. Woods and wife, Alicia Jean Woods, against the Defendant Crown Cork & Seal Company, Inc., are hereby **DISMISSED WITH PREJUDICE**.

Signed: September 15, 2008

Lacy H. Thornburg
United States District Judge

5

WE SO MOVE:
WARD BLACK LAW

By: s/ Janet Ward Black
Janet Ward Black, Esq.
NC Bar Number 12869
Attorneys for the Plaintiffs
208 W. Wendover Avenue
Greensboro, NC     27401
Telephone: (336) 273-3812
E-mail:  jwblack@wardblacklaw.com

Attorneys for the Plaintiffs

WE SO CONSENT:

LEATH, BOUCH & CRAWFORD LLP

By: s/ Timothy W. Bouch
Timothy W. Bouch, Esq.
N.C. Bar No. 26065
Attorneys for Garlock Sealing Technologies, LLC
92 Broad Street, P. O. Box 59
Charleston, SC  29402
Telephone: (843) 937-8811
Fax: (874) 937.0606
Email: tbouch@leathbouchlaw.com